**PRISONER CASE**

#3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet

KC FILED
2-26-2008
FEB 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MHW

| | |
|---|---|
| **Plaintiff(s):** United States of America, ex rel. HENRY C. HILL | **Defendant(s):** JOHN EVANS, etc., etal. |
| **County of Residence:** JEFFERSON | **County of Residence:** |
| **Plaintiff's Address:** Henry C. Hill B-62006 Ina - BMRCC P.O. Box 900 Ina, IL 62846 | **Defendant's Attorney:** Chief of Criminal Appeals Illinois Attorney General's Office 100 West Randolph - 12th Floor Chicago, IL 60601 |

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08CV1178
JUDGE GUZMAN
MAGISTRATE JUDGE MASON

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 General Habeas Corpus

**Cause of Action:** 28:2254

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** M. Burke       **Date:** 2/26/08