IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED
MAR 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAR 13 2008

HENRY C. HILL, an inmate #B62006   )
)
)
)
VS                                 )   NO. 08 C 1178
)
Warden, John Evans at.al...        )

Notice of New Address

Please Take Notice, Plaintiff Henry C. Hill has a NEW ADDRESS:

Henry Hill is NO LONGER Incarcerated.

Henry C. Hill
400 West 76th Str.
Suite 201
Chicago, IL 60620