# United States District Court

## Northern District of Illinois

Eastern Division

U.S. ex rel. HENRY C. HILL        **JUDGMENT IN A CIVIL CASE**

   v.                             Case Number: 08 C 1178

JOHN EVANS, et al

☐   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Petitioner's motion to file *in forma pauperis* [3] is granted. The Court summarily dismisses the petition for a writ of habeas corpus pursuant to Rule 4 of the Rules Governing Section 2254 Cases. Petitioner's emergency motion for preliminary injunction immediate release [4] is denied as moot. This case is terminated.

Michael W. Dobbins, Clerk of Court

Date: 3/28/2008                    _____
                                   /s/ Carole Gainer, Deputy Clerk